**Order filed June 9, 2016**



**In The**

# Eleventh Court of Appeals

_____

## Nos. 11-14-00229-CR, 11-14-00230-CR, & 11-14-00231-CR

_____

## DAVEN ALEXANDER MALLARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause Nos. 25423A, 25550A, & 25552A**

### O R D E R

Appellant's court-appointed attorney of record, Stuart Holden, has filed in this court a motion to withdraw as counsel in each appeal. Counsel states that he "has been hired as an assistant District Attorney for Tom Green County" and "is closing his private practice" and that continued representation of Appellant in these appeals would constitute a conflict of interest. We note that these appeals are already at issue as both Appellant's and the State's briefs have been filed in this court. The motions

comply with TEX. R. APP. P. 6.5. The motions are granted, and the appeals are abated.

The trial court is directed to appoint new counsel to represent Appellant in these appeals, and the trial court clerk is instructed to file in this court on or before June 24, 2016, supplemental clerk's records evidencing such appointment. The appeals will be reinstated when the supplemental clerk's records are filed in this court.

PER CURIAM

June 9, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.